## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION,<br><br>     Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA and the PENNSYLANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>     Plaintiff-Intervenors,<br><br>     v.<br><br>HANOVER FOODS CORPORATION,<br><br>     Defendant. | Civil Action No.<br>1:21-cv-01600-JPW<br>Judge Jennifer P. Wilson |

## UNITED STATES' NOTICE OF LODGING OF CONSENT DECREE

Plaintiff the United States of America, by authority of the Attorney General of the United States and through the undersigned attorneys, acting at the request of the Administrator of the U.S. Environmental Protection Agency, hereby provides notice that it is lodging with the Court the attached proposed Consent Decree that resolves claims against Defendant Hanover Foods Corporation ("Hanover"). The United States is lodging the Decree to seek public comment on the proposed agreement. No action is required by the Court at this time.

The Lower Susquehanna Riverkeeper Association filed a complaint against Hanover on September 24, 2021, (ECF No. 1, the "LSRA Complaint") bringing claims under the Clean Water Act ("CWA") and The Pennsylvania Clean Streams Law ("PCSL"). The United States, on behalf of the U.S. Environmental Protection Agency, and the Commonwealth of Pennsylvania, Department of Environmental Protection ("PADEP"), were granted intervention in this case on October 1, 2025 (ECF No. 92). The United States' and PADEP's complaint (ECF No. 93, "Complaint in Intervention") also brings claims under the CWA and the PCSL based on similar and overlapping alleged violations.

The proposed Consent Decree resolves all plaintiffs' claims in the LSRA Complaint and the Complaint in Intervention through the date of lodging. The Consent Decree will require the Defendant to take specified actions to come into compliance with the CWA and PCSL; pay a civil penalty of $1,150,000, which will be evenly split between the United States and PADEP; and take injunctive measures to prevent future violations.

Under Department of Justice regulations codified at 28 C.F.R. § 50.7, the United States is required to publish a notice in the Federal Register that the proposed Consent Decree has been lodged with the court. The notice will solicit public comments for a period of 30 days. After the 30-day comment period closes, the United States will evaluate any comments received and will ask the Court to

take appropriate action regarding the proposed Consent Decree. As noted above, no

action is required by the Court at this time.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney
General
Environment and Natural Resources
Division
United States Department of Justice

s/ Vanessa M. Moore
VANESSA M. MOORE
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources
Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3067
Vanessa.Moore@usdoj.gov